UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>SKYWAY LOGISTICS CORP.; ASHLI GREGORY; DORRELL HARRIS; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, A FOREIGN COMPANY WHICH IS THE SUCCESSOR TO BRIDGESTONE/FIRESTONE NORTH AMERCAN TIRE, LLC; ABC INSURANCE COMPANIES 1-10 (said names and identities being FICTITIOUS AND presently unknown); JOHN DOES 1-10 (said names and identities being FICTITIOUS AND presently unknown),<br><br>　　　　Defendants | Civil Action No. 1:23-cv-2952 (VSB)<br><br><br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, A FOREIGN COMPANY WHICH IS THE SUCCESSOR TO BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii)

| | |
|---|---|
| /s/ *Vanessa L. Koppel* <br> Vanessa L. Koppel, Esq. <br> LAW OFFICES OF VANESSA L. KOPPEL, LLC <br> Red Bank Corporate Center <br> 157 Broad Street <br> Red Bank, New Jersey 07701 <br> vkoppel@vkoppel-law.com <br> Counsel for Plaintiff <br> Progressive Casualty Company <br><br> Dated: July 27, 2023 | /s/ *Trisha M. Rich* <br> Trisha M. Rich, Esq. <br> HOLLAND & KNIGHT LLP <br> 31 W. 52nd Street, 12th Floor <br> New York, New York 10019 <br> trisha.rich@hklaw.com <br> Counsel for Defendant Bridgestone Americas Tire Operations, LLC f/k/a Bridgestone/Firestone North American Tire, LLC <br><br> Dated: July 27, 2023 |