UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>        Plaintiff,<br><br>vs.<br><br><br>SKYWAY LOGISTICS CORP.; ASHLI GREGORY; DORRELL HARRIS; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, A FOREIGN COMPANY WHICH IS THE SUCCESSOR TO BRIDGESTONE/FIRESTONE NORTH AMERCAN TIRE, LLC; ABC INSURANCE COMPANIES 1-10 (said names and identities being FICTITIOUS AND presently unknown); JOHN DOES 1-10 (said names and identities being FICTITIOUS AND presently unknown),<br><br>        Defendants | Civil Action No. 1:23-cv-2952 (VSB)<br><br><br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice

against the defendant BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, A FOREIGN

COMPANY WHICH IS THE SUCCESSOR TO BRIDGESTONE/FIRESTONE NORTH

AMERICAN TIRE, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii)

_____
Vanessa L. Koppel, Esq.
LAW OFFICES OF VANESSA L. KOPPEL, LLC
Red Bank Corporate Center
157 Broad Street
Red Bank, New Jersey 07701
vkoppel@vkoppel-law.com
Counsel for Plaintiff
Progressive Casualty Company


Dated:  July 27, 2023

_____
Trisha M. Rich, Esq.
HOLLAND & KNIGHT LLP
31 W. 52nd Street, 12th Floor
New York, New York 10019
trisha.rich@hklaw.com
Counsel for Defendant Bridgestone
Americas Tire Operations, LLC f/k/a
Bridgestone/Firestone North American
Tire, LLC


Dated:  July 27, 2023


## SO ORDERED: 7/31/23

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE