

# LAW OFFICES OF VANESSA L. KOPPEL, LLC

Red Bank Corporate Center
157 Broad Street • Suite 204E • Red Bank, New Jersey 07701
Tel. (732) 487-2320 • Fax (732) 377-7449 • Direct (732) 272-5986

VANESSA L. KOPPEL, ESQ.
vkoppel@vkoppel-law.com

> The request is GRANTED. The initial pretrial conference will take place on November 30, 2023 at 4:45 PM. The Clerk of Court is directed to terminate the motion at ECF No. 65.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: November 17, 2023

November 16, 2023

*Via ECF*

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Thrugood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    Progressive Casualty Insurance Company v. Skyway Logistics Corp., et al
            Civil Action No. 1:23-cv-2952
            *Request for Adjournment of Initial Conference and Submission Date for Joint Letter*

Your Honor:

    I represent the plaintiff Progressive Casualty Insurance Company in the above-entitled matter. I write jointly with the consent of counsel for all parties who have appeared in the action (Skyway Logistics and Ashli Gregory) to adjourn the initial conference presently scheduled for Monday, November 20, 2023 for seven days to November 27, 2023 and to also adjourn the submission of the Joint Letter ahead of the initial conference to Tuesday, November 21, 2023.

    The date of the initial conference is Monday, November 20, 2023. This is the first scheduled date for the initial conference and no prior adjournments have been requested. All counsel for parties who have appeared in the action have consented to this adjournment request. The parties are jointly requesting the adjournment as counsel for Skyway Logistics, John Lynch, Esq., has just today filed an Answer on behalf of Skyway Logistics, and the parties require time to confer and draft the Joint Letter ahead of the conference. That Joint Letter was required to be filed by today, November 16, 2023.

    In consideration of counsel's recent appearance on behalf of Skyway Logistics and the Answer filed on behalf of Skyway Logistics this afternoon, the parties request an adjournment of the initial conference scheduled for Monday, November 20, 2023 for a period of seven days (in

consideration of the upcoming Thanksgiving holiday next week), and an extension of time to Tuesday, November 21, 2023 file the Joint letter ahead of the conference.

Respectfully submitted,

VANESSA L. KOPPEL

cc: All counsel of record via ECF