UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>-against-<br><br>SKYWAY LOGISTICS CORP., et al.,<br><br>                              Defendants. | 23-CV-2952 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's April 30, 2024 Order, ECF No. 83, the parties were required to file a joint letter advising the Court of the status of the case and proposing a summary judgment briefing schedule, no later than June 3, 2024. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to June 11, 2024.

      SO ORDERED.

Dated: June 4, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge