UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>       Plaintiff,<br><br>vs.<br><br>SKYWAY LOGISTICS CORP.; ASHLI GREGORY; DORRELL HARRIS; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, A FOREIGN COMPANY WHICH IS THE SUCCESSOR TO BRIDGESTONE/FIRESTONE NORTH AMERCAN TIRE, LLC; ABC INSURANCE COMPANIES 1-10 (said names and identities being FICTITIOUS AND presently unknown); JOHN DOES 1-10 (said names and identities being FICTITIOUS AND presently unknown),<br><br>       Defendants | Civil Action No. 1:23-cv-2952 - AS<br><br><u>Civil Action</u><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(ii)** |

      **THIS MATTER** having been opened to the Court by the Law Offices of Vanessa L. Koppel, Esq. LLC, counsel for Plaintiff Progressive Casualty Insurance Company, it is hereby **AGREED AND STIPULATED** that the above-captioned matter be, and hereby is, **dismissed with prejudice in its entirety, without costs**.

      Pursuant to <u>F.R.C.P.</u> 41(a)(ii), the signatures of all parties who have appeared in this action, all of whom consent to this stipulation of dismissal, are set forth below.

1

_/s/ Vanessa L. Koppel_
_____
Vanessa L. Koppel, Esq.
LAW OFFICES OF VANESSA L. KOPPEL, LLC
Counsel for Plaintiff Progressive Casualty Ins. Co.
Dated: June 10, 2024

_/s/ Mark Emison_
_____
Mark Emison, Esq.
LANGDON & EMISON
Counsel for Defendant Ashli Gregory
Dated: June 19, 2024

_____
John J. Lynch, Esq.
LAW OFFICE OF JOHN LYNCH
Counsel for Defendant Skyway Logistics Corp.
Dated:

_/s/ Dorrell Harris_
_____
Dorrell Harris
Pro Se Defendant
Dated: 6-8-24

2